| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Stapleton, Walter K. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Third Circuit | 3. Date of Report<br><br>05/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Senior Status | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>Federal Building<br>844 King Street - Lockbox 33<br>Wilmington, DE 19801 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Chester County Country Properties (real estate brokerage firm) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Baxter Int'l Com. | A | Dividend | K | T | | | | | |
| 2. Conoco Phillips Com. (part sold 8/13/12) | B | Dividend | K | T | | | | | |
| 3. J&J Com. | A | Dividend | K | T | | | | | |
| 4. Marathon Oil Corp. Com. | A | Dividend | K | T | | | | | |
| 5. Merck Com. | B | Dividend | | | Sold | 12/11/14 | K | A | |
| 6. Pepsico Com. | A | Dividend | K | T | | | | | |
| 7. Kimberly Clark Com. | B | Dividend | K | T | | | | | |
| 8. Southern Co. Com. | B | Dividend | K | T | | | | | |
| 9. Exxon Mobil | B | Dividend | K | T | | | | | |
| 10. 3M Corp. | B | Dividend | L | T | | | | | |
| 11. SEI Tax Exempt Trust Account | A | Dividend | K | T | | | | | |
| 12. Chubb Com. | A | Dividend | K | T | | | | | |
| 13. Cisco Sys. Com. | A | Dividend | | | Sold | 07/09/14 | K | A | |
| 14. Emerson Elec. Com. | B | Dividend | K | T | | | | | |
| 15. Acorn II LP (*org. inv. Ponzi scheme; present value unknown) | | None | | | | | | | |
| 16. Clarco Inc. | A | Dividend | K | T | | | | | |
| 17. Fleetwood PA Bd. 6/1/16 | B | Interest | | | Redeemed | 06/01/14 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. J.M.Schmucker Co. | A | Dividend | K | T | | | | | |
| 19. Vanguard Emg. Mkt. ETF | A | Dividend | | | Sold | 11/09/14 | J | A | |
| 20. Vanguard FTSE All World ex. U.S. | B | Dividend | K | T | | | | | |
| 21. IShares MSCI Pac. ex. Japan | B | Dividend | K | T | | | | | |
| 22. AT&T | B | Dividend | K | T | | | | | |
| 23. Hummelstown PA Bd. 11/15/14 | B | Interest | | | Redeemed | 11/15/14 | K | A | |
| 24. Bar Hrbr Bankshares | B | Dividend | K | T | | | | | |
| 25. Nat'l GRI-ADR | B | Dividend | K | T | | | | | |
| 26. Teva Phar. Ind. | A | Dividend | K | T | | | | | |
| 27. Roche Hldg. Ltd. | A | Dividend | K | T | | | | | |
| 28. Microsoft Corp. | B | Dividend | K | T | | | | | |
| 29. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 30. Wisdomtree Emer. Mkt. | A | Dividend | | | Sold | 12/10/14 | J | A | |
| 31. Sigma Aldrich Corp. | A | Dividend | L | T | | | | | |
| 32. Stericycle | | None | K | T | | | | | |
| 33. Microsoft Corp. | B | Dividend | K | T | | | | | |
| 34. Ishares Pac. ex. Japan | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Spectra Energy Corp. | B | Dividend | K | T | | | | | |
| 36. Wallingford-Swart PA | A | Interest | K | T | | | | | |
| 37. Warwick PA Sch. | B | Interest | M | T | | | | | |
| 38. IShares Dow Jones Select | A | Dividend | K | T | | | | | |
| 39. Duke Energy | B | Dividend | K | T | | | | | |
| 40. Royal Dutch ADR | A | Dividend | K | T | Buy | 07/09/14 | K | | |
| 41. Cincinnati Financial | A | Dividend | K | T | Buy | 07/09/14 | K | | |
| 42. IPG Photonics | | None | J | T | Buy | 07/09/14 | J | | |
| 43. BCE | A | Dividend | K | T | Buy | 07/09/14 | K | | |
| 44. Erie Indemnity | A | Dividend | K | T | Buy | 07/09/14 | K | | |
| 45. General Mills | A | Dividend | K | T | Buy | 09/23/14 | K | | |
| 46. Royal Dutch ADR | A | Dividend | J | T | Buy | 09/23/14 | J | | |
| 47. Schlumberger | A | Dividend | J | T | Buy | 09/23/14 | J | | |
| 48. Cincinnati Financial | A | Dividend | J | T | Buy | 09/23/14 | J | | |
| 49. Erie Indemnity | A | Dividend | J | T | Buy | 09/23/14 | J | | |
| 50. Conoco Phillips | A | Dividend | J | T | Buy | 12/16/14 | J | | |
| 51. Royal Dutch ADR | A | Dividend | J | T | Buy | 12/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Novartis AG ADR | A | Dividend | K | T | Buy | 12/16/14 | K | | |
| 53. RBC Bearings | | None | J | T | Buy | 12/16/14 | J | | |
| 54. IPG Photonics | | None | J | T | Buy | 12/16/14 | J | | |
| 55. Alerian MLP EJF | A | Dividend | J | T | Buy | 12/16/14 | J | | |
| 56. AT&T | A | Dividend | J | T | Buy | 12/16/14 | J | | |
| 57. BCE | A | Dividend | J | T | Buy | 12/16/14 | J | | |
| 58. | | | | | | | | | |
| 59. Nuveen Perform. Plus. Muni. | B | Interest | K | T | | | | | |
| 60. Buckeye Partners | D | Interest | M | T | | | | | |
| 61. Johnson &Johnson Com. | B | Dividend | K | T | | | | | |
| 62. Merck & Co. Com. | B | Dividend | K | T | | | | | |
| 63. Real Estate Chester Co. PA (App.Date 6/30/11; $950,000) | | None | O | Q | | | | | |
| 64. Star Bancorp. | A | Dividend | L | T | | | | | |
| 65. Fleetwood PA Bd. | B | Interest | | | Redeemed | 06/02/14 | K | A | |
| 66. PA-exempt Mun. Bd. | B | Interest | L | T | | | | | |
| 67. Powershares Exch. | A | Interest | J | T | | | | | |
| 68. Berkshire Hathaway, Inc. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IShares Nasdaq Biotech | A | Dividend | K | T | | | | | |
| 70. Natixis ASG Global | C | Dividend | L | T | | | | | |
| 71. IRA | D | Int./Div. | O | T | | | | | |
| 72. - IShares Select | | | | | | | | | |
| 73. - IShares US Medical | | | | | | | | | |
| 74. - StreetTracks Gold Trust | | | | | | | | | |
| 75. - IShares S&P Mid. Cap. | | | | | | | | | |
| 76. -IShares DJ US Util. | | | | | | | | | |
| 77. - IShares US Healthcare | | | | | | | | | |
| 78. - IShares FTSE Xinhua | | | | | Sold | 01/28/14 | K | A | |
| 79. - IShares Trust-Dow J Sel. Div. | | | | | | | | | |
| 80. - IShares T NASDAQ | | | | | | | | | |
| 81. - Plum Creek Timber Co. | | | | | | | | | |
| 82. - ML Bank USA RASP account | | | | | | | | | |
| 83. - IShares S&P Latin. Am. | | | | | Sold | 01/10/14 | J | A | |
| 84. - Powershares DB Commodity | | | | | Sold | 01/10/14 | J | A | |
| 85. - IShares So. Africa | | | | | Sold | 01/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Sector SPDR Consumers | | | | | | | | | |
| 87. - Retirement Res. CLI account | | | | | | | | | |
| 88. - Berkshire Hathaway Inc. | | | | | | | | | |
| 89. - IShares Tr. Dow US | | | | | | | | | |
| 90. - Powershares Global Water | | | | | | | | | |
| 91. - IShares DJ US Oil & Gas | | | | | | | | | |
| 92. - IShares Barclays Treas. | | | | | Sold | 09/03/14 | J | A | |
| 93. - IShares MSCI Emer. | | | | | Sold | 02/06/14 | J | A | |
| 94. - IShares Barclays 1-3 Credit | | | | | Sold | 09/03/14 | K | A | |
| 95. - Pimco Short Maturity | | | | | Sold | 08/28/14 | K | A | |
| 96. - ALPS Alerian | | | | | | | | | |
| 97. - IShares MSCI Mexico | | | | | | | | | |
| 98. - Guggenheim S&P500 Eq. Wtd. ETF | | | | | | | | | |
| 99. - IShares Trans. Ave | | | | | | | | | |
| 100. - Vanguard MSCI Eur. ETF | | | | | | | | | |
| 101. - AMEX Tech. SPD | | | | | | | | | |
| 102. - Gotham Abs. Ret. Fd | | | | | Buy | 08/29/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - IShares MSCI Emg. | | | | | Buy | 05/06/14 | J | | |
| 104. - Vanguard Div. App. ETF | | | | | Buy | 05/06/14 | J | | |
| 105. - Vanguard FTSE Dev. Mkts ETF | | | | | Buy | 05/06/14 | J | | |
| 106. - IShares Core S&P Small Cap ETF | | | | | Buy | 04/15/14 | J | | |
| 107. - SPDR KBW Reg. Bank ETF | | | | | Buy | 01/15/14 | J | | |
| 108. - Materials Sel. Sector SPDR Fund | | | | | Buy | 01/15/14 | J | | |
| 109. - Sector SPDR Energy | | | | | Buy | 01/15/14 | J | | |
| 110. - Sector SPDR Financial | | | | | Buy | 01/15/14 | J | | |
| 111. - IShares MSCI Mex. Capped | | | | | Buy | 01/02/14 | J | | |
| 112. - Guggenheim S&P 500 Eq. Wt. ETF | | | | | Buy | 01/02/14 | J | | |
| 113. - Vanguard MSCI Eur. ETF | | | | | Buy | 01/02/14 | J | | |
| 114. - AMEX Tech. Sel. SPDR | | | | | Buy | 01/02/14 | J | | |
| 115. Ches. Co. Country Properties SEP - | D | Int./Div. | O | T | | | | | |
| 116. - Berkshire Hathaway, Inc | | | | | | | | | |
| 117. - Templeton Global Total | | | | | | | | | |
| 118. - US Treas. Inflation Note 1/15/15 | | | | | | | | | |
| 119. - ML Bank USA RASP account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - US Treas. Inflation Note 1/15/20 | | | | | | | | | |
| 121.  - BAC Mitts Ind. 1/29/16 | | | | | | | | | |
| 122.  - US Treas. Inflation Note 7/15/20 | | | | | | | | | |
| 123.  - U.S. Treas. Inflation Note 1/15/18 | | | | | | | | | |
| 124.  - Natixis ASG Global | | | | | | | | | |
| 125.  - BAC Clim. Rogrer | | | | | Sold | 10/31/14 | K | B | |
| 126.  - Vanguard Total St. Mk. | | | | | | | | | |
| 127.  - MLCX Clim Ban Corp | | | | | Redeemed | 10/31/14 | K | A | |
| 128.  - IShares Core High Div. ETF | | | | | Buy | 10/20/14 | K | | |
| 129.  - Guggenheim S&P 500 Equal Wt. Tech. ETF | | | | | Buy | 10/16/14 | J | | |
| 130.  - Vanguard Div. APP. ETF | | | | | Buy | 09/03/14 | K | | |
| 131.  - Advisory Research MLP & Ener. Inc. Fd CLC | | | | | Buy | 09/03/14 | K | | |
| 132.  - PMF TEI Fund lp | | | | | Buy | 05/12/14 | L | | |
| 133.  - IShares S&P Global 100 | | | | | Buy | 05/06/14 | K | | |
| 134.  - Vanguard MSCI European ETF | | | | | Buy | 05/06/14 | J | | |
| 135.  - Mainstay Marketfield Fund CLC | | | | | Buy | 02/10/14 | L | | |
| 136.  Endowment TEI Fund | | | | | Sold | 03/12/14 | L | C | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Vanguard Total Stk Mkt ETF | | | | | Buy | 01/15/14 | K | | |
| 138. - Vanguard MSCI Eur. ETF | | | | | Buy | 01/15/14 | J | | |
| 139. - Vanguard Div. App. ETF | | | | | Buy | 01/15/14 | K | | |
| 140. - Vanguard FTSE Dev. Markets ETF | | | | | Buy | 01/15/14 | J | | |
| 141. - Vanguard Total Stk. Mkt. ETF | | | | | Buy | 01/02/14 | K | | |
| 142. Aberdeen Equity Long-Short | A | Dividend | | | Sold | 08/29/14 | K | A | |
| 143. T. Rowe Price Sci.&Tech.Fd. | C | Dividend | K | T | | | | | |
| 144. Exxon Com. | A | Dividend | J | T | | | | | |
| 145. Acorn II LP (org. inv. Ponzi scheme; present value unknown) | | None | | | | | | | |
| 146. SEI Tax Exempt Trust account | A | Dividend | J | T | | | | | |
| 147. Kimberly Clark Com. | B | Dividend | K | T | | | | | |
| 148. Cincinnati Fin. Corp. Com. | A | Dividend | K | T | | | | | |
| 149. SEI Investments Co. | A | Dividend | J | T | | | | | |
| 150. Colgate Palmolive | A | Dividend | | | Sold | 03/19/14 | K | A | |
| 151. Rayonier, Inc. | B | Dividend | | | Sold | 03/24/14 | K | A | |
| 152. Stericycle, Inc. | | None | L | T | | | | | |
| 153. Fleetwood PA Bd. | B | Interest | | | Redeemed | 08/28/14 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Graco Inc. | A | Dividend | K | T | | | | | |
| 155.  Pine Grove Sch. Bd. | A | Interest | K | T | | | | | |
| 156.  AT&T Inc. | B | Dividend | K | T | | | | | |
| 157.  Spectra Energy Corp. | A | Dividend | K | T | | | | | |
| 158.  Donaldson Inc. | A | Dividend | | | Sold | 04/11/14 | K | C | |
| 159.  BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 160.  IShares MSCI Pac. ex. Japan | A | Dividend | K | T | | | | | |
| 161.  Bar Harbor Bankshares | A | Dividend | K | T | | | | | |
| 162.  CMA PA Mun. account | B | Interest | M | T | | | | | |
| 163.  Warwick PA Sch. Dist. Bd. | C | Interest | M | T | | | | | |
| 164.  N. Pocono Sch. Dist. Bd. | C | Interest | M | T | | | | | |
| 165.  Council Rock Sch. Dist. Bd. | B | Interest | L | T | | | | | |
| 166.  PA St. First | B | Interest | L | T | | | | | |
| 167.  CD Western Bank PR * | | | | | | | | | |
| 168.  Monroeville PA Bond | A | Interest | K | T | | | | | |
| 169.  Uniouville-Chadds Ford Bd | B | Interest | L | T | | | | | |
| 170.  Bloomsberg Area Sch. Dist. | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Towanda Area Sch. Dist. | A | Interest | K | T | | | | | |
| 172. Westmoreland PA Mun. | A | Interest | K | T | | | | | |
| 173. Ringgold PA Sch. Dist. | B | Interest | L | T | | | | | |
| 174. Lower Allen PA Bd | B | Interest | L | T | | | | | |
| 175. Unionville-Chadds Ford Bd | A | Interest | L | T | | | | | |
| 176. Covidien | | None | K | T | | | | | |
| 177. Nat'l GRI-ADR | | None | K | T | | | | | |
| 178. Wisdomtree Emer. Mkts | A | Dividend | K | T | | | | | |
| 179. Novartis AG | A | Dividend | K | T | | | | | |
| 180. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 181. Nat'l Fuel Gas Co. | A | Dividend | | | Sold | 03/20/14 | K | A | |
| 182. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 183. Sigma Aldrich | A | Dividend | K | T | | | | | |
| 184. Stericycle | | None | K | T | | | | | |
| 185. Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 186. CMA PA Municipal account | B | Interest | L | T | | | | | |
| 187. Del. Valley Sch. Dist. Bd. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Nashaminy Sch. Dist. | A | Interest | J | T | | | | | |
| 189. Pa. TPK CML OIL | B | Interest | L | T | | | | | |
| 190. Pa. St. Bond | B | Interest | L | T | | | | | |
| 191. Spring-Ford Pa. Bd. | A | Interest | J | T | | | | | |
| 192. Pa. State Bd. | A | Interest | L | T | | | | | |
| 193. Erie Indmnity Co. | A | Dividend | | | Sold | 03/21/14 | K | B | |
| 194. Vanguard Emer. Mkts ETF | A | Dividend | K | T | | | | | |
| 195. Vanguard FTSE All-World Ex. US | A | Dividend | K | T | | | | | |
| 196. Graco | A | Dividend | | | Sold | 03/24/14 | L | C | |
| 197. SPDR SP Bric 40 | A | Dividend | J | T | | | | | |
| 198. Duke Energy | A | Dividend | | | Sold | 03/19/14 | K | A | |
| 199. Vanguard All World Ex. US | A | Dividend | K | T | | | | | |
| 200. Vanguard Emer. Mkts ETF | A | Dividend | K | T | | | | | |
| 201. Alps Alerian MLP ETF | A | Dividend | K | T | | | | | |
| 202. Mechanicsburg Pa Bd. | A | Interest | K | T | | | | | |
| 203. Chester Co. Pa Bd. | A | Interest | K | T | | | | | |
| 204. Real Estate Chester Co. Pa (4/27/10) ($265,000) | D | Rent | N | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Real Estate Eaglesmere PA (9/4/12) ($330,000) | | None | N | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 17 of 18

Name of Person Reporting

Stapleton, Walter K.

Date of Report

05/13/2015

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The IShares Barclays Treas. identified on line 92 of this report were erroneously omitted from my 2012 and 2013 reports. They were purchased on 12/05/12 for a J value.

The IShares Barclays 1-3 Credit identified on line 94 of this report were erroneously omitted from my 2012 and 2013 reports. They were purchased on 12/05/12 for a K value.

The Aberdeen Equity Long-Short securities identified on line 142 of this report were erroneously omitted from my 2009 - 2013 reports. They were purchased on 11/09/09 for an L value.

The CD Western Bank identified on line 167 of this report was erroneously reported as owned on my 2010 - 2013 reports. This security was redeemed on 06/22/09 for an L value and an A gain.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Walter K. Stapleton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544